# UNITED STATES DISTRICT COURT

## Western Division

| Western | DISTRI | Tennessee |

UNITED STATES OF AMERICA
V.

AVON MORRIS

ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL

CA  06-231-0

CHARGING DISTRICTS
CASE        06-M-2002

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court **WESTERN** District of **New York**; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk  68 Court Street, Buffalo, NY 14202-3498
*Place and Address*
, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear Pursuant Notice by the Prosecuting District.

S/ Diane K. Vescovo
*Signature of Judge*

March 31, 2006
*Date*

*DIANE K. VESCOVO*
*UNITED STATES MAGISTRATE JUDGE*
Name and Title of Judge